**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000320
05-MAR-2024
08:01 AM
Dkt. 26 ODSD**

NO. CAAP-23-0000320

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CLINT R. MILLER, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-22-0001388)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before July 3, 2023, and July 31, 2023, respectively;

(2) Self-represented Defendant-Appellant Clint R. Miller (**Miller**) failed to file either document;

(3) On February 12, 2024, the appellate clerk entered a default notice informing Miller that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 22, 2024, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Miller could request relief from default by motion; and

(4) Miller has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 5, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge